Exhibit A

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                     CRIMINAL ACTION


STATE OF FLORIDA                    CASE NO:   16-CF-000275 - (MOS)
vs.                                            (JDM)
                                               DCM TRACK: COMPLEX
RANDALL THOMAS ROSADO

**Race:** White    **Sex:** Male
**D.O.B.:**9/29/1973
**SS #:** 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

**INFORMATION FOR:**

1) Obstructing Justice  Influence/Intimidate/Hinder Leo Duties, F.S. 843.0855 (4), Third Degree
Felony
2) Obstructing Justice  Influence/Intimidate/Hinder Leo Duties, F.S. 843.0855 (4), Third Degree
Felony
3) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
4) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
5) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
6) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
7) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
8) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
9) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
10) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
11) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
12) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
13) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
14) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony
15) Fraud  Simulate Legal Process Fraudulent Actions, F.S. 843.0855 (3), Third Degree Felony


IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

STEPHEN B. RUSSELL, State Attorney of the Twentieth Judicial Circuit of the STATE OF FLORIDA,
by and through the undersigned Assistant State Attorney, prosecuting for the STATE OF FLORIDA,
in the County of Lee under oath information makes that Randall Thomas Rosado,

Count(s):

1.  On or about May 22, 2015, did falsely, under the color of law attempt to influence,
    intimidate, or hinder a public officer or employee, to wit: Circuit Judge John Duryea  in
    the discharge of his official duties through the use of simulated legal process, to wit: a
    fraudulent federal arrest warrant, contrary to Florida Statute(s) 843.0855(4); 777.011

2.  On or about May 22, 2015, did falsely, under the color of law attempt to influence, intimidate, or hinder a public officer or employee, to wit: Clerk of Court for Lee County Linda Doggett, in the discharge of her official duties through the use of simulated legal process, to wit: a fraudulent federal arrest warrant, contrary to Florida Statute(s) 843.0855(4); 777.011

3.  On or about May 22, 2015, did simulate legal process, to wit: a fraudulent federal arrest warrant for Attorney Steven Carta, Esq., knowing or having reason to know the contents of any such documents or proceedings or the basis of any such action to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

4.  On or about May 22, 2015, did simulate legal process, to wit: a fraudulent federal arrest warrant for Attorney Thomas Schulte, Esq. knowing or having reason to know the contents of any such documents or proceedings or the basis of any such action to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

5.  On or about May 22, 2015, did simulate legal process, to wit: a fraudulent federal arrest warrant for Attorney James Judkins Esq., knowing or having reason to know the contents of any such documents or proceedings or the basis of any such action to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

6.  On or about May 22, 2015, did simulate legal process, to wit: a fraudulent federal arrest warrant for Attorney Larry Simpson Esq., knowing or having reason to know the contents of any such documents or proceedings or the basis of any such action to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

7.  On or about May 22, 2015, did simulate legal process, to wit: a fraudulent federal arrest warrant for Kristy Davis, CFO for Florida UCC, LLC,  knowing or having reason to know the contents of any such documents or proceedings or the basis of any such action to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

8.  On or about May 22, 2015, did simulate legal process, to wit: a fraudulent federal arrest warrant for Daniel Nellius, CEO for Florida UCC, LLC, , knowing or having reason to know the contents of any such documents or proceedings or the basis of any such action to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

9.  On or about April 20, 2015, did simulate legal process to wit: fictitious documents from the "International Court of Commerce," which target Circuit Judge John Duryea and

RE: Randall Thomas Rosado, 16-CF-000275

include actions affecting title to real estate or personal property, liens, orders, judgments, or other legal documents or proceedings, knowing or having reason to know the contents of any such documents or proceedings or the basis of any such actions to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

10. On or about October 27, 2014, did simulate legal process to wit: fictitious documents from the "International Court of Commerce," which target Circuit Judge Joseph Fuller and include actions affecting title to real estate or personal property, liens, orders, judgments, or other legal documents or proceedings, knowing or having reason to know the contents of any such documents or proceedings or the basis of any such actions to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

11. On or about October 27, 2014 did simulate legal process to wit: fictitious documents from the "International Court of Commerce," which target Clerk of Court for Lee County Linda Doggett and include actions affecting title to real estate or personal property, liens, orders, judgments, or other legal documents or proceedings, knowing or having reason to know the contents of any such documents or proceedings or the basis of any such actions to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

12. On or about October 28, 2014 did simulate legal process to wit: fictitious documents from the "International Court of Commerce," which target Attorney Steven Carta, Esq. and include actions affecting title to real estate or personal property, liens, orders, judgments, or other legal documents or proceedings, knowing or having reason to know the contents of any such documents or proceedings or the basis of any such actions to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

13. On or about January 29, 2016 did simulate legal process to wit: fictitious documents from the "International Court of Commerce," which target Circuit Judge John Duryea and include actions affecting title to real estate or personal property, liens, orders, judgments, or other legal documents or proceedings, knowing or having reason to know the contents of any such documents or proceedings or the basis of any such actions to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

14. On or about January 29, 2016 did simulate legal process to wit: fictitious documents from the "International Court of Commerce," which target Circuit Judge John Duryea and include actions affecting title to real estate or personal property, liens, orders, judgments, or other legal documents or proceedings, knowing or having reason to know the contents

RE: Randall Thomas Rosado, 16-CF-000275

of any such documents or proceedings or the basis of any such actions to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

15. On or about January 29, 2016 did simulate legal process to wit: fictitious documents from the "International Court of Commerce," which target Circuit Judge John Duryea and include actions affecting title to real estate or personal property, liens, orders, judgments, or other legal documents or proceedings, knowing or having reason to know the contents of any such documents or proceedings or the basis of any such actions to be fraudulent, contrary to Florida Statute(s) 843.0855(3); 777.011

against the peace and dignity of the STATE OF FLORIDA,

STEPHEN B. RUSSELL
STATE ATTORNEY

BY: _____

James D. Miller
Assistant State Attorney
Florida Bar Number 0048425
2000 Main Street
Fort Myers, Florida 33901
(239) 533-1000
eService: ServiceSAO-LEE@sao.cjis20.org

RE: Randall Thomas Rosado, 16-CF-000275

Page 4

Exhibit B

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **STEVEN CARTA, LINDA DOGGETT,** | ) | Case No. |
| **JOHN DURYEA, JR., JAMES P. JUDKINS,** | ) | |
| **LARRY D. SIMPSON, THOMAS J. SCHULTE** | ) | |
| **KRISTY DAVIS AND DANIEL J. NELLIUS** | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ December 10, 2014 _____ in the county of ___ ___ Lee _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 2381 - Treason | The Defendants are sworn to duty by an oath of office to uphold the Constitutions of the United States and Florida. The Defendants have violated their oaths and committed treason against citizen, Joel Clifford Soucy. |
| 18 U.S. Code § 1692 - Prohibited acts | |
| 18 U.S. Code § 3571 - Sentence lines | The Defendants knowingly, willingly, and intentionally participated and/or conspired with other public officials in ongoing racketeering activity. |
| Universal Declaration of Human Rights | The Defendants also conspired to violate the human rights of Joel Clifford Soucy. |

This criminal complaint is based on these facts:

Failure to respond or rebut allegations stated in a AFFIDAVIT OF DISTRESS AGAINST PUBLIC BOND AND NOTICE OF COMMERCIAL LIEN OBLIGATION received by Defendants and filed into Case No. 14-CA-051502 IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA on April 20, 2015. The Defendant continued to commit treasonous crimes against Joel Clifford Soucy and JOEL CLIFFORD SOUCY, Estate by proceeding with crimes and trespasses after receiving notification from the office of the executor.

☐ Continued on the attached sheet.

*Joel Clifford Soucy* P.A.G.

*Complainant's signature*

_____ Joel Clifford Soucy, Private Attorney General _____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-22-15

*Notary signature*

City and state: _____ Gloucester MA _____

Samantha Salcovsky Notary Public
*Printed name and title*

**SAMANTHA SALCOVSKY**
**Notary Public**
**Commonwealth of Massachusetts**
**My Commission Expires Sept. 11, 2020**

**582**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida     o

United States of America
v.

LARRY D. SIMPSON

)
)
)
)
)
)

Case No.

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **LARRY D. SIMPSON**
who is accused of an offense or violation based on the following document filed with the court:

▢ Indictment   ▢ Superseding Indictment   ▢ Information   ▢ Superseding Information   ☑ Complaint
▢ Probation Violation Petition   ▢ Supervised Release Violation Petition   ▢ Violation Notice   ▢ Order of the Court

This offense is briefly described as follows:

The Defendant is a public official sworn to duty by an oath of office to uphold the Constitutions of the United States and
Florida. The Defendant has violated this oath and committed treasonous acts against citizens of the United States, including
JOEL CLIFFORD SOUCY.

The Defendant conspired with other public officials in ongoing racketeering activity and in the violation of the Universal
Declaration of Human Rights.

Date:    5/22/2015

*Issuing officer's signature*   P.A.G.

City and state:   Fort Myers, Florida

Joel Clifford Soucy, Private Attorney General
*Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |

*Arresting officer's signature*

*Printed name and title*

602

**583**

AD 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| JAMES P. JUDKINS | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

    YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMES P. JUDKINS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

The Defendant is a public official sworn to duty by an oath of office to uphold the Constitutions of the United States and Florida. The Defendant has violated this oath and committed treasonous acts against citizens of the United States, including JOEL CLIFFORD SOUCY.

The Defendant conspired with other public officials in ongoing racketeering activity and in the violation of the Universal Declaration of Human Rights.

Date:   5/22/2018                              *Joel Clifford Soucy* P.A.G.
                                                    *Issuing officer's signature*

City and state:   Fort Myers, Florida            Joel Clifford Soucy, Private Attorney General
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____                    _____ *Arresting officer's signature* |
|                                          _____ *Printed name and title* |

**584**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| KRISTY DAVIS | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **KRISTY DAVIS**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

The Defendant is a corporate officer who has conspired and participated with public officials who violated their oaths and committed treasonous acts against citizens of the United States, in this case, Joel Clifford Soucy is the damaged victim.

The Defendant also conspired with other public officials in ongoing racketeering activity and in the violation of the Universal Declaration of Human Rights.

Date:   5/22/2016

Joel Clifford Soucy P.A. G.
*Issuing officer's signature*

City and state:   Fort Myers, Florida

Joel Clifford Soucy, Private Attorney General
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____                                                      _____ |
| *Arresting officer's signature* |
| |
| _____ |
| *Printed name and title* |

604

**585**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida    ●

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )   Case No. |
| THOMAS J. SCHULTE | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   THOMAS J. SCHULTE _____,

who is accused of an offense or violation based on the following document filed with the court:

◯ Indictment     ◯ Superseding Indictment     ◯ Information     ◯ Superseding Information     ☑ Complaint
◯ Probation Violation Petition     ◯ Supervised Release Violation Petition     ◯ Violation Notice     ◯ Order of the Court

This offense is briefly described as follows:

The Defendant is a public official sworn to duty by an oath of office to uphold the Constitutions of the United States and
Florida. The Defendant has violated this oath and committed treasonous acts against citizens of the United States, including
JOEL CLIFFORD SOUCY.

The Defendant conspired with other public officials in ongoing racketeering activity and in the violation of the Universal
Declaration of Human Rights.

Date: _____ 6/22/2016 _____                          *Joel Clifford Soucy* P.A.G.
                                                        *Issuing officer's signature*

City and state:   Fort Myers, Florida                    Joel Clifford Soucy, Private Attorney General
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ ♦                    _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

605

**586**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
#### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| JOHN E. DURYEA, JR. | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN E. DURYEA, JR.                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

◯ Indictment   ◯ Superseding Indictment   ◯ Information   ◯ Superseding Information   ☑ Complaint
◯ Probation Violation Petition   ◯ Supervised Release Violation Petition   ◯ Violation Notice   ◯ Order of the Court

This offense is briefly described as follows:

The Defendant is a public official sworn to duty by an oath of office to uphold the Constitutions of the United States and Florida. The Defendant has violated this oath and committed treasonous acts against citizens of the United States, including JOEL CLIFFORD SOUCY.

The Defendant conspired with other public officials in ongoing racketeering activity and in the violation of the Universal Declaration of Human Rights.

Date:   5/22/2016

*Issuing officer's signature*   PA-G.

City and state:   Fort Myers, Florida

Joel Clifford Soucy, Private Attorney General
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

606

**587**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
#### Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. |
| STEVEN CARTA | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   STEVEN CARTA
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

The Defendant is a public official sworn to duty by an oath of office to uphold the Constitutions of the United States and
Florida. The Defendant has violated this oath and committed treasonous acts against citizens of the United States, including
JOEL CLIFFORD SOUCY.

The Defendant conspired with other public officials in ongoing racketeering activity and in the violation of the Universal
Declaration of Human Rights.

Date:   5/22/2015

_Joel Clifford Soucy_ P.A.G.
_Issuing officer's signature_

City and state:   Fort Myers, Florida

Joel Clifford Soucy, Private Attorney General
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____           _Arresting officer's signature_ |
| _Printed name and title_ |

607

**588**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| DANIEL J. NELLIUS | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANIEL J. NELLIUS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

The Defendant is a corporate officer who has conspired and participated with public officials who violated their oaths and committed treasonous acts against citizens of the United States. In this case, Joel Clifford Soucy, is the damaged victim.

The Defendant also conspired with other public officials in ongoing racketeering activity and in the violation of the Universal Declaration of Human Rights.

Date:    6/22/2016                                  *Joel Clifford Soucy* P.A.G.
                                                           *Issuing officer's signature*

City and state:    Fort Myers, Florida              Joel Clifford Soucy, Private Attorney General
                                                           *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____                              *Arresting officer's signature* |
| _____ *Printed name and title* |

608

**589**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida   O

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| **LINDA DOGGETT** | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **LINDA DOGGETT**_____ ,
who is accused of an offense or violation based on the following document filed with the court:

▢ Indictment   ▢ Superseding Indictment   ▢ Information   ▢ Superseding Information   ☑ Complaint
▢ Probation Violation Petition   ▢ Supervised Release Violation Petition   ▢ Violation Notice   ▢ Order of the Court

This offense is briefly described as follows:

The Defendant is a public official sworn to duty by an oath of office to uphold the Constitutions of the United States and
Florida. The Defendant has violated this oath and committed treasonous acts against citizens of the United States, including
JOEL CLIFFORD SOUCY.

The Defendant conspired with other public officials in ongoing racketeering activity and in the violation of the Universal
Declaration of Human Rights.

Date:    ___6/22/2015___                        _Joel Clifford Soucy_ P.A.G
                                                       *Issuing officer's signature*

City and state:   Fort Myers, Florida_____       __Joel Clifford Soucy, Private Attorney General__
                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____  *Arresting officer's signature* |
| _____  *Printed name and title* |

609

**590**



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### *OFFICE OF THE CLERK*
**401 W. Central Boulevard
Orlando, Florida 32801-0210**

**Sheryl L. Loesch**
**Clerk of Court**

**Tel.: 407-836-4200**
**Fax: 407-835-4228**

July 7, 2015

Bob Nichols, Investigator
Office of the State Attorney
20th Judicial Circuit, Lee County
Lee County Justice Complex Center
2000 Main Street, 6th Floor
Ft. Myers, FL 33901

RE: Counterfeit US District Court Documents

Dear Investigator Nichols:

We are in receipt of your email correspondence dated June 30, 2015 referencing an ongoing investigation of Joel Clifford Soucy. Your letter requests a statement of authenticity of documents purported to be prepared by and/or filed with our Court.

This letter is written as confirmation that the documents you provided, a Criminal Complaint, along with, Arrest Warrants for Larry D. Simpson, James P. Judkins, Kristy Davis, Thomas J. Schulte, John E. Duryea, Jr., Steven Carta, Daniel J. Nellius and Linda Doggett, dated May 22, 2015, signed by Joel Clifford Soucy, cannot be authenticated by our Court. Further, arrest warrants must be issued by the U.S. Attorney's Office and signed by a Judicial Officer of this Court, which these are not.

Please contact our offices should you need anything additional regarding this matter. Thank you.

Sincerely,

*Sheryl L. Loesch*

Sheryl L. Loesch
Clerk of Court

*[signature]* 7/7/15

LYDIA P. JACKSON
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF161791
Expires 11/7/2018

*I certify true & correct.*

| Jacksonville Division | Ocala Division | Orlando Division | Tampa Division | Fort Myers Division |
|---|---|---|---|---|
| U.S. Courthouse | U.S. Courthouse | U.S. Courthouse | U.S. Courthouse | U.S. Courthouse |
| 300 North Hogan Street | 207 N.W. Second Ave. | 401 W. Central Blvd | 801 N. Florida Avenue | 2110 First Street |
| Jacksonville, FL 32202 | Ocala, FL 34475 | Orlando, FL 32801 | Tampa, FL 33602 | Fort Myers, FL 33901 |

**SOUCY-00000581**

# UNITED STATES OF AMERICA

### U.S. HOUSE OF REPRESENTATIVES



# Commission by Declaration

## Know All Men By These Presents that:

## Joel Clifford Soucy

## Is hereby commissioned as

## Private Attorney General – 42 U.S.C. §1988

## Qualified Criminal Investigator – 18 U.S.C. §1510

## Federal Witness – 18 U.S.C. §1512

## Ex Relatione of Massachusetts Commonwealth –
## Ex Relatione United States of America

**Comes Now**, as One of "We The People", of **MASSACHUSETTS** and the United states of America, "A Man upon the land" has elected to become "Next Friend" to "The People of MASSACHUSETTS commonwealth" and To The People of the several states" by virtue of Article No. 35 of the Judiciary Act of 1789 September 24, 1789, 1 Stat. 73 Pursuant to and in accordance with his reservation of rights as established in the 9th and 10th Amendments to the United States Constitution that states:

"The enumeration in the Constitution, of certain rights, shall not be construed to deny Or disparage others retained by the people." [Miranda v. Arizona-384 US 436-1966]

### Declaration and Commission

By the authority vested in me, John Boehner as Speaker of The House of Representatives, pursuant to and in accordance with the tenth Amendment to the Constitution of the United States of America that clearly state in the relevant part:

# AFFIRMATION AND

# OATH OF OFFICE FOR

# PRIVATE ATTORNEY GENERAL

## 42 U.S.C. § 1988

I, Joel Clifford Soucy, do solemnly swear (or affirm) that I will support and

defend the Constitution for the United States of America against all enemies,

foreign and domestic; that I will bear true faith and allegiance to the same; that I

take this obligation freely without any mental reservation or purpose of evasion;

and that I will well and faithfully discharge the duties of the office on which I am

about to enter. So help me GOD.

Joel Clifford Soucy
Private Attorney General
42 U.S.C. § 1988

SUBSCRIBED AND SWORN BEFORE ME THIS 2 DAY OF _March_ 2015.

Notary Public

RACHEL M. JACKSON
Notary Public
Massachusetts
Commission Expires Oct 2, 2020

My Commission Expires_____

On this 20th day of March, 2015, I certify that the (preceding) (following) (attached) document is a true, exact, complete, and unaltered copy made by me of a an Affirmation and Oath of Office for Private Attorney  General Presented to me by Joel C Soucy.


_Kettline Leonard_ .
Signature of Notary

KETLINE LEONARD
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 9  2021

-The powers not delegated to the United States by the Constitution, nor prohibited
  By it to the states, are reserved to the states respectively, or to the People."

Whereas, U.S. Congress has enacted and codified the powers of the Private Attorney
General (de jure) pursuant to 42 U.S.C. 1988, qualified as the appointed "Private Attorney
General" as a "Qualified Criminal Investigator" pursuant to 18 U.S.C. 1510 and guaranteed
his protection as a "Federal Witness" pursuant to 18 U.S.C. 1512; furthermore, Article 1
Section 8:10-11 of the Constitution of the United States of America empowers the Private
Attorney General to an automatic Letter of Marque and Reprisal In The Admiralty
Jurisdiction issued by Congress upon Receipt of the Oath of Allegiance – (Public Law 97-
280 97th Congress; the Bible is "The Word of GOD'" [S.J.Res.165] 96 Stat 1211, of the
Private Attorney General by the Clerk of the House of Representatives and said Oath is
recorded by the Clerk as the Commission of a newly appointed Private Attorney General
with all public ministerial duties, privileges, and ambassadorial immunities as guaranteed
by the Federal Constitution and Treaties of Vienna, Paris, Magna Carta Libertatum,
Common Law Authority of the Supreme Court Decisions, and subsequent acts of Congress
consistent with GOD's Word, also known as the Holy Scriptures, found in the Bible.

## Oath of Office of the Private Attorney General

"I, **Joel Clifford Soucy** say "Yes", I do solemnly affirm that I will support and
defend the Constitution for the United states of America against all enemies, foreign and
domestic; "Yes" I will be trustworthy and loyal in allegiance to the same; in obedience to
the Word of GOD  found in Matthew 5:33 that I take this obligation freely without any
mental reservation or purpose of evasion; and say "Yes" I will well and faithfully discharge
the duties of the office on which I am about to enter. "My Yes is My Yes, My No is My
No". Done under Penalties of Perjury without the United States, without recourse: All
Rights Reserved:

Signed and sworn

(or affirmed) before me
Joel Clifford Soucy                                  on this 2c___ day
of _MARCH_____ 2015.
                                                    My Commission
Expires _Oct 02 2020_
Notary/ Official Witness

RACHEL M. JACKSON
Notary Public
Massachusetts
Commission Expires Oct 2, 2020

# SECRETARY OF STATE



This Affirmation of Oath of Office for Private Attorney General is so

commissioned by the Secretary of State of Massachusetts and is certified and

authenticated by the state seal affixed on the cover of this document. This

authorization of the Private Attorney General's right to act on behalf of the

public was codified into law with the enactment of the Civil Rights Attorney's

Fees Award Act of 1976, 42 U.S.C. §1988. The Private Attorney General has

lawful jurisdiction in all 50 states of the United States of America, Washington

D.C. and any other territory of the United States or United States of America.

## The Commonwealth of Massachusetts

**William Francis Galvin**
**Secretary of the Commonwealth**

C-3

## C  1802474

*Boston, Massachusetts*          March 20, 2015

*I hereby certify*

that at the date of attestation hereunto annexed,

### Ketline Leonard

whose name is signed to the attached certificate of acknowledgement,
proof of affidavit, was at the time of taking the same, a NOTARY
PUBLIC for the said Commonwealth duly commissioned and constituted;
that to his/her acts and attestations, as such, full faith and credit are and
ought to be given in and out of Court; that as such Notary PUBLIC,
he/she was by law authorized to take depositions, to administer oaths
and take acknowledgments or deeds or conveyances of lands,
tenements or heriditaments and other instruments through the
Commonwealth to be recorded according to law.

*In testimony of which,*   I have hereunto affixed the

*Great Seal of the Commonwealth*



on the first date above written

**William Francis Galvin**
**Secretary of the Commonwealth**

*prepared by*   *PGoldstein*

On this 20th day of March, 2015, I certify that the (preceding) (following) (attached) document is a true, exact, complete, and unaltered copy made by me of a an Affirmation and Oath of Office for Private Attorney  General Presented to me by Joel C Soucy.



Signature of Notary

KETLINE LEONARD
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 9, 2021



THE INTERNATIONAL COURT OF COMMERCE

**INSTR # 20150507001**

Recorded 05/07/2015  08:33 AM
International Court of Commerce
DEPUTY REGISTRAR: 646

Joel Clifford Soucy,
Secured Party Executor
          Claimant

and

Linda Doggett, Donald W. Doggett, Steven
William Carta, Melanie J. Carta, John Earle
Duryea, Jr. and Michele Duryea
          Respondent(s)

CASE DOCKET NO.  ICC-2015-0010507

NOTICE OF INTENT TO LEVY
COMMERCIAL LIEN OBLIGATION

THIS IS A PRIVATE ADMINISTRATIVE
PROCEEDING

[NOTICE TO AGENT IS NOTICE TO
PRINCIPAL - NOTICE TO PRINCIPAL IS
NOTICE TO AGENT]

## NOTICE OF INTENT TO LEVY COMMERCIAL LIEN OBLIGATION

Notice is hereby given to Linda Doggett, Steven William Carta, John Earle Duryea, Jr., and all agents, principals, assignees and/or successors thereof (collectively, the "Respondents"), of this notice of intent to levy commercial lien obligation and partial cancellation of debt ("NOTICE") by Joel Clifford Soucy, Secured-Party Executor-Creditor (the "Claimant").

PLAIN STATEMENT OF FACTS

1. The International Court of Commerce "ICC" is the proper venue for this private administrative action. The ICC is a party to the United Nations Convention of the Recognition and Enforcement of Foreign Arbitral Awards.

2. The Administrative Procedure Act (APA), Pub.L. 79–404, 60 Stat. 237, enacted June 11, 1946, is the United States federal statute that governs the way in which administrative agencies of the federal government of the United States may propose and establish regulations.

3. The Federal Arbitration Act (Pub.L. 68–401, 43 Stat. 883, enacted February 12, 1925, codified at 9 U.S.C. § 1 et seq.) is an act of Congress that provides for judicial facilitation of private dispute resolution through arbitration. It applies in both state courts and federal courts, as was held constitutional in Southland Corp. V. Keating.

4. Respondent, Linda Doggett is a woman, bonded and sworn by oath of office to operate in the capacity of "CLERK OF THE CIRCUIT COURT" and "COMPTROLLER OF LEE COUNTY" in STATE OF FLORIDA.

5. Respondent, Steven William Carta is a man, sworn by oath of office to operate in the capacity of "ATTORNEY" in STATE OF FLORIDA.

6. Respondent, John Earle Duryea, Jr. is a man, sworn by oath of office to operate in the capacity of "JUDGE" in STATE OF FLORIDA.

NOTICE OF INTENT TO LEVY COMMERCIAL LIEN OBLIGATION     Page 1 of 4

**106**

SOUCY-00000106

**THE INTERNATIONAL COURT OF COMMERCE**

7.   Respondents, Linda Doggett, Steven William Carta and John Earle Duryea, Jr. were notified of the attached Affidavit of Distress Against Public Bond and Notice of Commercial Lien Obligation when it was filed into the constructive trust/court case No. 14-CA-03512 on April 7, 2015.

8.   The affidavit includes specific language and written acknowledgments to the Respondents, including, "An un-rebutted affidavit stands as truth in commerce", and "An un-rebutted affidavit is acted upon as the judgment in commerce". All Respondents failed to rebut or respond to the affidavit and its specific content.

9.   The affidavit also requested the Respondents' public hazard bond information as required by federal, state, and municipal law, in which case both Respondents failed to provide.

10.  The Respondents' trespass against the Claimant's real property, violations of their oaths of office, constitutional damages, trust and estate law offenses, as detailed in the Claimant's affidavit, has totaled Two-million two-hundred twenty-thousand dollars ($2,220,000.00) in Functional Currency of the United States. Respondents were notified as such in the affidavit. (Exhibit A)

11.  The Respondents were also notified through the affidavit that failure to provide the public bond insurance or insufficient insurance to cover the claim would lead to the Claimant seeking to collect for the damages against him through the recovery of any real or personal property. More specifically the affidavit read as follows:
      If the bond(s) of the Lien Debtors is/are insufficient for coverage the payment(s) the assets of the Lien Debtor(s) will be utilized as follows:  all the real and moveable property and bank and savings accounts and of the Lien Debtors except wedding rings, keepsakes, family photographs, diaries, journals, etc., and the property normally exempted in the lien process (includes survival provisions).

12.  All respondents have failed to respond or rebut the affidavit. As a result of their failure to provide their bonding information and for their continued crimes against the Claimant, Joel Clifford Soucy and variations of, the Claimant is seeking to collect its damages through the levying of real and personal property until the claim balance is fully satisfied.

13.  As the lien states, the Respondents will be held liable for the entire satisfaction of the lien collectively or entirely, meaning that if the Claimant is unable to collect its damages from one Respondent it will seek collection from another Respondent or Respondents until satisfied.

14.  The amount of each Respondent's portion of the commercial lien is seven-hundred forty-thousand dollars ($740,000.00) in Functional Currency of the United States.

15.  Claimant is seeking to collect the remaining damages for crimes committed by Linda Doggett through the levying of any real and personal property, bank accounts, vehicles and other assets as

SOUCY-00000107



**THE INTERNATIONAL COURT OF COMMERCE**

necessary to satisfy the claim. This includes the real property located at 14141 River Road, Fort Myers, Florida 33905-7451.

16. Claimant is seeking to collect the remaining damages for crimes committed by Steven William Carta through the levying of any real and personal property, bank accounts, vehicles and other assets as necessary to satisfy the claim. This includes real property located at 3543 Avocado Drive, Fort Myers, FL 33909.

17. Claimant is seeking to collect the remaining damages for crimes committed by John Earle Duryea, Jr. through the levying of any real and personal property, bank accounts, vehicles and other assets as necessary to satisfy the claim. This includes real property located at 18220 Riverchase Court, Alva, Florida 33920.

18. The Respondents will be held responsible for satisfying the remaining claim individually or collectively. If one party has the means to satisfy the claim over another party, the Claimant will seek full restitution from that party to settle the claim.

19. Respondent, Donald W. Doggett, is also an owner of the above-referenced property in Paragraph 16, a property subject to levy for the crimes of Respondent, Linda Doggett. Should Linda Doggett attempt to transfer real property to Respondent Donald W. Doggett to avoid levy, the property located at 4141 River Road, Fort Myers, FL 33905-7451 will still be subject to immediate collection to satisfy claims and crimes caused by Respondent, Linda Doggett.

20. Respondent, Melanie J. Carta, is also an owner of the above-referenced property in Paragraph 17, a property subject to levy for the crimes of Respondent, Steven William Carta. Should Steven William Carta attempt to transfer real property to Respondent Melanie J. Carta to avoid levy, the property located at 3543 Avocado Drive, Fort Myers, Florida 33909 will still be subject to immediate collection to satisfy claims and crimes caused by Respondent, Steven William Carta.

21. Respondent, Michele Duryea, is also an owner of the above-referenced property in Paragraph 18, a property subject to levy for the crimes of Respondent, John Earle Duryea, Jr. Should John Earle Duryea, Jr. attempt to transfer real property to Respondent Michele Duryea to avoid levy, the property located at 18220 Riverchase Court, Alva, Florida 33920 will still be subject to immediate collection to satisfy claims and crimes caused by Respondents, John Earle Duryea, Jr.

Respectfully submitted,

108
SOUCY-00000108

**THE INTERNATIONAL COURT OF COMMERCE**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, complete and not misleading. Witness my hand and seal.

Executed on _5_ / _8_ / 20 _15_        By: _/s/ Joel Clifford Soucy_
(seal)

Joel Clifford Soucy
17 Nashua Avenue
Gloucester, Massachusetts near [01930]

## JURAT

State _Ma_                    )
                             ) affirmed and subscribed
County _Essex_               )

Subscribed and sworn to (or affirmed) before me on this _8th_ day of _MAY_ _2015_, by _Joel C Soucy_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of notarial officer)

_____
Printed Name

KONSTANTINA ILIAKOSTAS
Notary Public (SEAL)
Massachusetts
Commission Expires Apr 1, 2016

---

NOTICE OF INTENT TO LEVY COMMERCIAL LIEN OBLIGATION        Page 4 of 4

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  05-28-2015

Employer Identification Number:
47-4114145

Form:  SS-4

Number of this notice:  CP 575 E

INTERNATIONAL COURT OF COMMERCE
1717 PENNSYLVANIA AVE NW STE 1025
WASHINGTON, DC  20006

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN
47-4114145.  This EIN will identify you, your business accounts, tax returns, and documents,
even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it's very important that
you use your EIN along with your complete name and address exactly as shown above.  Any
variation may cause a delay in processing, result in incorrect information in your account,
or even cause you to be assigned more than one EIN.  If the information shown above isn't
correct, please send us the correction using the attached tear-off stub.

Annual filing requirements

Most organizations with an EIN have an annual filing requirement, even if they engage
in minimal or no activity.

A. If you are tax exempt, you may be required to file one of the following returns or
notices:

        Form 990, Return of Organization Exempt From Income Tax
        Form 990-EZ, Short Form Return of Organization Exempt From Income Tax
        Form 990-PF, Return of Private Foundation
        Form 990-N, e-Postcard (available online only)

Additionally, you may be required to file your annual return electronically.

If an organization required to file a Form 990, Form 990-PF, Form 990-EZ, or Form 990-N
does not do so for three consecutive years, its tax-exempt status is automatically revoked
as of the due date of the third return or notice.

Please refer to www.irs.gov/990filing for the most current information on your filing
requirements.

B. If you are not tax-exempt, you may be required to file one of the following returns:

        Form 1120, U.S. Corporation Income Tax Return
        Form 1041, U.S. Income Tax Return for Estates and Trusts
        Form 1065, U.S. Return of Partnership Income

Please refer to Publication 1635, Understanding Your EIN, for more information about
which forms you may be required to file.

003462





THE INTERNATIONAL COURT OF COMMERCE

**INSTR # 20150507001**

Recorded 05/07/2015  08:33 AM
International Court of Commerce
DEPUTY REGISTRAR: 646

Joel Clifford Soucy,
Secured Party Executor
                        **Claimant**

      and

Linda Doggett, Donald W. Doggett, Steven
William Carta, Melanie J. Carta, John Earle
Duryea, Jr. and Michele Duryea
                        **Respondent(s)**

CASE DOCKET NO. __ICC-2015-0010507__

NOTICE OF INTENT TO LEVY
COMMERCIAL LIEN OBLIGATION

**THIS IS A PRIVATE ADMINISTRATIVE
PROCEEDING**

[NOTICE TO AGENT IS NOTICE TO
PRINCIPAL - NOTICE TO PRINCIPAL IS
NOTICE TO AGENT]

<u>NOTICE OF INTENT TO LEVY COMMERCIAL LIEN OBLIGATION</u>

Notice is hereby given to Linda Doggett, Steven William Carta, John Earle Duryea, Jr., and all agents, principals, assignees and/or successors thereof (collectively, the "Respondents"), of this notice of intent to levy commercial lien obligation and partial cancellation of debt ("NOTICE") by Joel Clifford Soucy, Secured-Party Executor-Creditor (the "Claimant").

**PLAIN STATEMENT OF FACTS**

1. The International Court of Commerce "ICC" is the proper venue for this private administrative action. The ICC is a party to the United Nations Convention of the Recognition and Enforcement of Foreign Arbitral Awards.

2. The Administrative Procedure Act (APA), Pub.L. 79–404, 60 Stat. 237, enacted June 11, 1946, is the United States federal statute that governs the way in which administrative agencies of the federal government of the United States may propose and establish regulations.

3. The Federal Arbitration Act (Pub.L. 68–401, 43 Stat. 883, enacted February 12, 1925, codified at 9 U.S.C. § 1 et seq.) is an act of Congress that provides for judicial facilitation of private dispute resolution through arbitration. It applies in both state courts and federal courts, as was held constitutional in Southland Corp. V. Keating.

4. Respondent, Linda Doggett is a woman, bonded and sworn by oath of office to operate in the capacity of "CLERK OF THE CIRCUIT COURT" and "COMPTROLLER OF LEE COUNTY" in STATE OF FLORIDA.

5. Respondent, Steven William Carta is a man, sworn by oath of office to operate in the capacity of "ATTORNEY" in STATE OF FLORIDA.

6. Respondent, John Earle Duryea, Jr. is a man, sworn by oath of office to operate in the capacity of "JUDGE" in STATE OF FLORIDA.

NOTICE OF INTENT TO LEVY COMMERCIAL LIEN OBLIGATION          Page 1 of 4



**THE INTERNATIONAL COURT OF COMMERCE**

7.  Respondents, Linda Doggett, Steven William Carta and John Earle Duryea, Jr. were notified of the attached Affidavit of Distress Against Public Bond and Notice of Commercial Lien Obligation when it was filed into the constructive trust/court case No. 14-CA-03512 on April 7, 2015.

8.  The affidavit includes specific language and written acknowledgments to the Respondents, including, "An un-rebutted affidavit stands as truth in commerce", and  "An un-rebutted affidavit is acted upon as the judgment in commerce". All Respondents failed to rebut or respond to the affidavit and its specific content.

9.  The affidavit also requested the Respondents' public hazard bond information as required by federal, state, and municipal law, in which case both Respondents failed to provide.

10. The Respondents' trespass against the Claimant's real property, violations of their oaths of office, constitutional damages, trust and estate law offenses, as detailed in the Claimant's affidavit, has totaled Two-million two-hundred twenty-thousand dollars ($2,220,000.00) in Functional Currency of the United States. Respondents were notified as such in the affidavit. (Exhibit A)

11. The Respondents were also notified through the affidavit that failure to provide the public bond insurance or insufficient insurance to cover the claim would lead to the Claimant seeking to collect for the damages against him through the recovery of any real or personal property. More specifically the affidavit read as follows:

    If the bond(s) of the Lien Debtors is/are insufficient for coverage the payment(s) the assets of the Lien Debtor(s) will be utilized as follows:  <u>all the real and moveable property and bank and savings accounts and of the Lien Debtors except wedding rings, keepsakes, family photographs, diaries, journals, etc., and the property normally exempted in the lien process (includes survival provisions).</u>

12. All respondents have failed to respond or rebut the affidavit. As a result of their failure to provide their bonding information and for their continued crimes against the Claimant, Joel Clifford Soucy and variations of, the Claimant is seeking to collect its damages through the levying of real and personal property until the claim balance is fully satisfied.

13. As the lien states, the Respondents will be held liable for the entire satisfaction of the lien collectively or entirely, meaning that if the Claimant is unable to collect its damages from one Respondent it will seek collection from another Respondent or Respondents until satisfied.

14. The amount of each Respondent's portion of the commercial lien is seven-hundred forty-thousand dollars ($740,000.00) in Functional Currency of the United States.

15. Claimant is seeking to collect the remaining damages for crimes committed by Linda Doggett through the levying of any real and personal property, bank accounts, vehicles and other assets as

---

**107**

SOUCY-00000107

 **THE INTERNATIONAL COURT OF COMMERCE**

necessary to satisfy the claim. This includes the real property located at 14141 River Road, Fort Myers, Florida 33905-7451.

16. Claimant is seeking to collect the remaining damages for crimes committed by Steven William Carta through the levying of any real and personal property, bank accounts, vehicles and other assets as necessary to satisfy the claim. This includes real property located at 3543 Avocado Drive, Fort Myers, FL 33909.

17. Claimant is seeking to collect the remaining damages for crimes committed by John Earle Duryea, Jr. through the levying of any real and personal property, bank accounts, vehicles and other assets as necessary to satisfy the claim. This includes real property located at 18220 Riverchase Court, Alva, Florida 33920.

18. The Respondents will be held responsible for satisfying the remaining claim individually or collectively. If one party has the means to satisfy the claim over another party, the Claimant will seek full restitution from that party to settle the claim.

19. Respondent, Donald W. Doggett, is also an owner of the above-referenced property in Paragraph 16, a property subject to levy for the crimes of Respondent, Linda Doggett. Should Linda Doggett attempt to transfer real property to Respondent Donald W. Doggett to avoid levy, the property located at 4141 River Road, Fort Myers, FL 33905-7451 will still be subject to immediate collection to satisfy claims and crimes caused by Respondent, Linda Doggett.

20. Respondent, Melanie J. Carta, is also an owner of the above-referenced property in Paragraph 17, a property subject to levy for the crimes of Respondent, Steven William Carta. Should Steven William Carta attempt to transfer real property to Respondent Melanie J. Carta to avoid levy, the property located at 3543 Avocado Drive, Fort Myers, Florida 33909 will still be subject to immediate collection to satisfy claims and crimes caused by Respondent, Steven William Carta.

21. Respondent, Michele Duryea, is also an owner of the above-referenced property in Paragraph 18, a property subject to levy for the crimes of Respondent, John Earle Duryea, Jr. Should John Earle Duryea, Jr. attempt to transfer real property to Respondent Michele Duryea to avoid levy, the property located at 18220 Riverchase Court, Alva, Florida 33920 will still be subject to immediate collection to satisfy claims and crimes caused by Respondents, John Earle Duryea, Jr.

Respectfully submitted,

---

NOTICE OF INTENT TO LEVY COMMERCIAL LIEN OBLIGATION          Page 3 of 4

**108**
SOUCY-00000108

**THE INTERNATIONAL COURT OF COMMERCE**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, complete and not misleading. Witness my hand and seal.

Executed on _5_ / _8_ /20 _15_          By:   *Joel Clifford Soucy*
(seal)                                         /s/Joel Clifford Soucy
                                                _____

                                                Joel Clifford Soucy
                                                17 Nashua Avenue
                                                Gloucester, Massachusetts near [01930]

**JURAT**

State _Ma_                    )
County _Essex_               ) affirmed and subscribed

Subscribed and sworn to (or affirmed) before me on this _8th_ day of _MAY 2015_ ,by _Joel C Soucy_ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Konstantina Iliakostas_
(Signature of notarial officer)

_Konstandina Iliakostas_
Printed Name

KONSTANTINA ILIAKOSTAS (SEAL)
Notary Public
Massachusetts
Commission Expires Apr 1, 2016

**109**
SOUCY-00000109

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI   OH    45999-0023

Date of this notice:  05-28-2015

Employer Identification Number:
47-4114145

Form:  SS-4

Number of this notice:  CP 575 E

INTERNATIONAL COURT OF COMMERCE
1717 PENNSYLVANIA AVE NW STE 1025
WASHINGTON, DC  20006

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN
47-4114145.  This EIN will identify you, your business accounts, tax returns, and documents,
even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it's very important that
you use your EIN along with your complete name and address exactly as shown above.  Any
variation may cause us a delay in processing, result in incorrect information in your account,
or even cause you to be assigned more than one EIN.  If the information shown above isn't
correct, please send us the correction using the attached tear-off stub.

Annual filing requirements

Most organizations with an EIN have an annual filing requirement, even if they engage
in minimal or no activity.

A. If you are tax exempt, you may be required to file one of the following returns or
notices:

        Form 990, Return of Organization Exempt From Income Tax
        Form 990-EZ, Short Form Return of Organization Exempt From Income Tax
        Form 990-PF, Return of Private Foundation
        Form 990-N, e-Postcard (available online only)

Additionally, you may be required to file your annual return electronically.

If an organization required to file a Form 990, Form 990-PF, Form 990-EZ, or Form 990-N
does not do so for three consecutive years, its tax-exempt status is automatically revoked
as of the due date of the third return or notice.

Please refer to www.irs.gov/990filing for the most current information on your filing
requirements.

B. If you are not tax-exempt, you may be required to file one of the following returns:

        Form 1120, U.S. Corporation Income Tax Return
        Form 1041, U.S. Income Tax Return for Estates and Trusts
        Form 1065, U.S. Return of Partnership Income

Please refer to Publication 1635, Understanding Your EIN, for more information about
which forms you may be required to file.

003462



FD-1057 (Rev. 5-8-10)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Lead to assist in coordinating an         **Date:** 06/07/2016
arrest and search.

**CC:** David R. Kadela
   Eugene T. Hagan
   Michael Howard

**From:** TAMPA
   TP-FT MYERS RA
      **Contact:** FOLEY ROBERT D III, 239-337-7171

**Approved By:** A/SSRA Kevin C. McCormick

**Drafted By:** FOLEY ROBERT D III

**Case ID #:** 196D-TP-7310573         (U) RANDAL ROSADO AND
                        PALM BEACH CAPITAL TRUST;
                        WELLS FARGO BANK - ET AL - VICTIMS;
                        OTHER COMPLEX FINANCIAL CRIMES - WIRE
                        AND/OR MAIL FRAUD SCHEMES

**Synopsis:** (U) Tampa requests NY, HVRA, to provide assistance in
executing a Florida state issued arrest warrant and to provide
assistance in obtaining a NY State search warrant from probable cause
developed in Florida and elsewhere.

**Full Investigation Initiated:** 03/21/2016

**Details:**

**Background**

On 02/23/2016, investigator Robert Nichols from the Office of the State
Attorney for the 20th Judicial Circuit (SAO) contacted the FBI with a
request for the FBI to consider joining an SAO led investigative effort
regarding the above-captioned subject.

A review of the investigation to date reveals Gregory Park purchased a

UNCLASSIFIED

**UNCLASSIFIED**

Title:  (U) Lead to assist in coordinating an arrest and search.
Re:  196D-TP-7310573, 06/07/2016


vacant lot located at 3508 70th St W, Lehigh Acres, Florida.  In 2006,
Park built a home on that lot utilizing a construction loan which was
subsequently modified to a 30 year adjustable rate mortgage (ARM).
Park paid taxes on the property in 2008 but did not pay taxes in 2009.
At some point, Park had "walked away" from the property.

Information reveals that in 2008, Randal Rosado ("Rosado") advertised
the abandoned Lehigh Acres property on Craigslist as a rental and
shortly thereafter, he found a tenant, and leased the property to her.
That same tenant has rented the property since 2008 up until very
recently.  The tenant, for at least a period of time during her
tenancy, was paying the rent by check and sending it to Rosado via the
U.S. Mail.

On 2/10/2010, Wells Fargo (WF), the mortgagee, files a foreclosure
action (FA) on the Lehigh Acres property.  On 04/10/2010, a warranty
deed is filed, transferring ownership of the Lehigh Acres Property from
Greg Park to 3508 W 70th St Trust, NMC Financial Services, Randal
Rosado as Trustee.

On 03/01/2010, an answer to the WF FA, and motion to dismiss, were
filed purportedly in Park's name.  On 04/27/2010, Rosado, as trustee,
files a responsive pleading.

On 05/10/2011, for unknown reasons, WF voluntarily dismissed its own
complaint.

On 09/17/2013, Rosado transfers ownership of the aforementioned
property from 3508 W 70th St Trust to Lehigh Estate Trust with Palm
Beach Capital Trust as Trustee. The deed was produced by Robert Ingham,
Esq.

On 08/01/2014, WF initiates a new FA on the property. A default
judgment in favor of WF is issued on 09/26/2014. Rosado files a notice
of distress and commercial lien on 10/06/2014.  The next day, Joshua
Hauserman, Esq files a motion to dismiss. On 06/25/2015, Judge Starnes
find in favor of WF.  On 8/6/2015, Rosado objects to sale of the

**UNCLASSIFIED**

2

UNCLASSIFIED

Title: (U) Lead to assist in coordinating an arrest and search.
Re: 196D-TP-7310573, 06/07/2016

property as attorney in fact for Park based on a previously filed
promissory not filed by Rosado which has no legal weight. Park files a
motion to dismiss the objection filed by Rosado, claiming he does not
know Rosado nor has he asked Rosado to represent him.

Rosado has either directly or impliedly held himself out as being
affiliated with the Reichman Group and the International Court of
Commerce (ICC) in sham proceedings supporting his alleged property
rights, or, in UCC filings against elected officials, members of the
Bar, including judges, in retaliation for their legitimate roles in
addressing legitimate property interests.

In summary, Rosado has allegedly, unlawfully converted real property
for his own use, which, in the subject investigation includes renting
it out for 8 years to a tenant and collecting such rent payments, with
some having been sent via the U.S. Mails. Moreover, Rosado has
conducted multiple UCC "liening" operations against Florida State
Judges, Prosecutors, Attorneys, Sheriffs and Clerks of Court. He has
also done so in Monmouth County, NJ.

**Request**

Investigators from the 20th Judicial Circuit in the State of Florida
are in the process of obtaining an arrest warrant for Rosado.

Additionally, the State Attorney for the 20th Judicial Circuit in the
State of Florida opines that sufficient probable cause exists to obtain
a search warrant for Rosado's residence at 129 West Main Street, Unit
#1, Goshen, New York.

Tampa requests NY, HVRA to assist, through its White Collar Crime Task
Force, in obtaining local assistance in serving the arrest warrant on
Rosado; in supplying a local sworn Affiant to apply for a search
warrant by using and adopting the affidavit of Investigator Nichols of
the State's Attorney's Office; and, in conducting the search. Once
these individuals have been identified, Tampa will arrange for
coordination between the two entities. The arrest warrant will be

UNCLASSIFIED

**UNCLASSIFIED**

Title:  (U) Lead to assist in coordinating an arrest and search.
Re:  196D-TP-7310573, 06/07/2016

sought and lodged in NCIC on June 27, 2016.  The affidavit for the
search will be finalized by June 10, 2016 and forwarded to the HVRA for
further coordination with the identified Affiant and Investigator
Nichols.

As discussed with SA Michael Howard of the HVRA, SA Foley and
Investigator Nichols intend to arrive in the HVRA AOR on Tuesday, June
28, 2016 and will further coordinate a time for a briefing on that
day.  For continuity, SA Howard advised his office will prepare the
Operations Plan for the the arrest and search anticipated to take place
on June 29, 2016.

♦♦

**UNCLASSIFIED**

4

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Documents and files Arrest Warrant and   **Date:** 06/16/2016
Bond Order, Affidavit in Support and
Extradition Papers

**From:** TAMPA
TP-FT MYERS RA
**Contact:** FOLEY ROBERT D III, 239-337-7171

**Approved By:** SSRA RANKINE JAMES A

**Drafted By:** FOLEY ROBERT D III

**Case ID #:** 196D-TP-7310573     (U) RANDAL ROSADO AND
PALM BEACH CAPITAL TRUST;
WELLS FARGO BANK - ET AL - VICTIMS;
OTHER COMPLEX FINANCIAL CRIMES - WIRE
AND/OR MAIL FRAUD SCHEMES

**Synopsis:** (U) Documents and files Arrest Warrant and Bond Order,
Affidavit in Support and Extradition Papers for Randal T. Rosado

**Full Investigation Initiated:** 03/21/2016

**Enclosure(s):** Enclosed are the following items:
1. (U) Affidavit
2. (U) Warrant and Bond Order
3. (U) Extradition Document

**Details:**

On June 9, 2016, writer and State Attorney's Office (SAO) Investigator
Robert Nichols appeared before the Honorable Archie B. Hayward, Jr.,
for the 20th Judicial Circuit in the State of Florida. The purpose of
the appearance was to secure a State arrest warrant for Randal T.
Rosado.

The warrant issued citing violation of 15 counts of Florida Statute
843.0855 which charges that Rosado unlawfully simulated legal process

UNCLASSIFIED

1054

**UNCLASSIFIED**

Title:  (U) Documents and files Arrest Warrant and Bond Order, Affidavit
in Support and Extradition Papers
Re:  196D-TP-7310573, 06/16/2016

which include actions affecting title to real estate or personal
property, liens, orders, judgments, or other legal documents or
proceedings, knowing or having reason to know the contents of such
documents or proceedings or the basis of any such actions to be
fraudulent.

Judge Hayward also issued an appearance bond order for $100,000 per
count, for a total of $1.5 Million Dollars.

Full extradition papers were issued by the Office of the State Attorney
for the 20th Judicial Circuit and the warrant will be lodged in NCIC.

FBI Tampa, Fort Myers RA is coordinating the arrest in conjunction with
the NYO, Hudson Valley RA.

Copies of the warrant, affidavit in support and extradition paperwork
are attached hereto.

◆◆

**UNCLASSIFIED**

2

FD-302 (Rev. 5-8-10)                                    -1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry     07/05/2016

Pursuant to an authorized arrest warrant signed by Hon. Archie Hayward, Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Special Agents of the Federal Bureau of Investigation located and arrested RANDAL THOMAS ROSADO at 129 West Main Street, Apartment 1, Goshen, NY.

ROSADO was arrested without incident and was transferred into the custody of Village of Goshen Police for arrest processing and transport to Orange County Jail.

Investigation on  06/28/2016  at  Goshen, New York, United States (In Person)

File #  196D-TP-7310573                                      Date drafted  06/30/2016

by  Michael Howard

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-597 (Rev 8-11-94)

Page _____1_____ of _____1_____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-TP-7310573

On (date) _____06/28/2016_____

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☒ Released To
- ☒ Seized

(Name) Randal and Michelle Rosado

(Street Address) 129 West Main St. Apt. 1

(City) Goshan, NY

Description of Item(s): (1) Contents of purse, M. Rosado
(2) One (1) white Apple MacBook, (3) contents of wallet, R. Rosado,
(4) Documents from trash bag, (5) financial documents, credit
cards, attaché, notary seal, (6) passport, documents, mail
receipts, (7) license plates, documents, (8) documents in file
folder box, (9) license plates, prepaid cards, documents,
(10) Le Cie external USB HDD, (11) MacBook Pro, Hitachi 3.5"
internal HDD, (12) MS Surface Pro, Lexar USB Drive,
(13) MacBook, PNY USB Drive, iPhone 5, (14) Nisca
1D printer, HP Compaq Tower, Dell Optiplex Tower
                                                    MH

All items released to Inv. Robert Nichols,
Florida State Attorney's Office, 20th
Judicial Circuit (Lee County)
06/28/2016
—MH

Received By: _____ (Signature)

Received From: _____ (Signature)

Michael Hanson   FBI-NY

Exhibit E

rosado offer - Inbox - Yahoo Mail          rosado offer - Inbox - Yahoo Mail          https://mg.mail.yahoo.com/neo/b/message?...

Sebouh Go.

| Inbox | Contacts | Notepad | Calendar |

Compose                                    Delete   Reply   Reply All   Forward   Actions          [Apply]   Previous

Inbox (28)                    AT&T          Buy one, give one.
                              Sponsored     Get two new Samsung Galaxy
Drafts

Sent

Spam (131)        [Empty]    rosado offer                              Wednesday, July 19, 2017 9:47 AM

Trash (157)       [Empty]    From: "Miller   James D." <jmiller@sao.cjis20.org>

                             To:  "'Sebouh Gourjian' (sebouhlaw@yahoo.com)"
                                  <sebouhlaw@yahoo.com>

                                                                       Raw Message Printable View

                             20 years prison fo 5 years probation, no contact with victims, no filing of any
                             legal documents without a licensed attorney or leave of court

                             If he fails to accept I will add Rico and Rico conspiracy charges and charge
                             his wife

                             He has until August 1 to accept


                             James D. Miller
                             Assistant State Attorney
                             Economic Crimes Unit

                             ──────────────────────────────────────────

                             Disclaimer: Please be advised that Florida has broad Public Records
                             Laws and most e-mail correspondence to this office or anyone
                             employed here may be subject to disclosure. Under Florida law,
                             e-mail addresses are public records. Therefore if you do not want
                             your e-mail address released in response to public records
                             requests, do not send electronic mail to this agency. Instead,
                             contact this office by phone or in writing.


Delete   Reply   Reply All   Forward   Actions                    [Apply]   Previous

22

1      You're trying to play naïve to it, and I

2   don't -- I don't mean to be disrespectful, I'm just

3   being -- I'm a blunt person.  Everybody says I'm

4   too blunt sometimes.

5      But I think you know a lot more about what's

6   going on, because you conveniently don't know about

7   a lot of things.  But I think you -- you probably

8   do know.

9      I mean, just sitting right there in your

10  apartment today, let alone what was in Vero Beach

11  and all that, you know, we're -- we're going to be

12  doing search warrants, and -- in Vero Beach today.

13  We're -- we're going to hit the storage unit.  We

14  know what's -- we know we're going to find some

15  stuff in there.

16      You know, the gig is up.  So I think you need

17  to get on top of it right now, and, you know,

18  you're -- I'm not interested in you.  I'm not

19  interested in -- in making any criminal charges

20  against you, but I do know you're -- you're aware

21  of what's going on.

22      And Randy's in trouble.  He's going to go to

23  jail for a long time.  This isn't -- he's not going

24  to go to jail for six months.  He's going to go to

25  jail for a long time.

23

1        MR. FOLEY:  A very long time, and --

2        MR. NICHOLS:  A very long time.

3        MR. FOLEY:  The -- the -- the bond on him

4    alone is going to be $1.5 million.

5        MR. NICHOLS:  He's going to sit in jail until

6    the --

7        MR. FOLEY:  Years.

8        MR. NICHOLS:  Until this goes to trial.

9        MR. FOLEY:  For years.

10        MR. NICHOLS:  And, of course, if he's -- if

11    he's found guilty, he's going to be serving years

12    of -- of a sentence.

13        So the gig's up.  This is -- he's -- he's

14    played an interesting game, for a lack of a better

15    word, because he's -- he's hiding behind this to

16    try to make it, like, oh, he's working -- he's

17    almost like he's an attorney, and he sets up

18    courts, and he's doing all these different things.

19        We know -- we know it all.  We -- we didn't

20    come into this naive.  We -- we did our homework.

21    We know exactly what's going on.

22        I've tried to superficially walk around little

23    tidbits of this to see what you would want to talk

24    about, but you're -- you're smart.  It's time to

25    get out in front of this.

ACCURATE STENOTYPE REPORTERS, INC.

Exhibit F

FD-302 (Rev. 5-8-10)

-1 of 1-



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    09/20/2016

**FEDERAL GRAND JURY MATERIAL - DISSEMINATE PURSUANT TO RULE 6(E)**
Do not disseminate except as authorized by federal rule of criminal procedure 6(e).

On September 2, 2016, CT-4 Agents in person served NAMAN BHATIA, the owner of UPS store #6025, located at 1300 Pennsylvania Ave NW, Washington D.C. a federal grand jury subpoena for any and all information relating to mailbox 190-324, leased by ICC.

BHATIA complied with the federal grand jury subpoena, the results are attached hereto and made a permanent part of this FD-302, maintained in the 1A section of this file.

UNCLASSIFIED//FOUO

Investigation on   09/02/2016   at   Washington, District Of Columbia, United States   (In Person)

File #   346-WF-2051803-GJ                                            Date drafted   09/15/2016

by   Robin T. Bairstow

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

3225

DVD 2-00000029

Filing and Security

**UNCLASSIFIED//FOUO**

Primary Case: <u>346-WF-2051803-GJ</u>          Case Title: (U) Grand Jury sub-file

Serial Number: 3

Serialized: 09/20/2016

Category: Preliminary Investigation
Initiated: 07/04/2016          Set to Expire: 01/04/2017
Extended: 02/07/2017          Set to Expire: 07/04/2017

Referenced By:   346-WF-2051803-GJ346-WF-2051803-GJ
                 Accomplishment   Accomplishment
Legal Caveats:   Federal Grand Jury Material - Disseminate Pursuant to Rule 6(e)

**Details**
Document Title:   (U//FOUO) Results of federal grand jury subpoena for UPS Store Mail
                  Box 190-324 leased by ICC
Drafted Date:     09/15/2016
Type of Activity: Other
Methods:          In Person
Investigation On: 09/02/2016
At:               Washington, District Of Columbia, United States
Details:          (U//FOUO)
                  On September 2, 2016, CT-4 Agents in person served NAMAN
                  BHATIA, the owner of UPS store #6025, located at 1300
                  Pennsylvania Ave NW, Washington D.C. a federal grand jury
                  subpoena for any and all information relating to mailbox
                  190-324, leased by ICC.
                  BHATIA complied with the federal grand jury subpoena, the
                  results are attached hereto and made a permanent part of
                  this FD-302, maintained in the 1A section of this file.

**1A/1C Packages**

   **Package 1A2**

   Summary:      (U//FOUO) Photographs of the unopened mail set aside for Mail box
                 190-324
   Acquired By:  Robin T. Bairstow

   Acquired On:  09/15/2016
   Receipt Given: No

   Attachments:  **UNCLASSIFIED//FOUO**
                 (U//FOUO) Unopened Envelopes
                 (U//FOUO) ICC Photos of Mail Envelopes.docx (1 MB)
                 Digital Record
                 Show Attachment Preview

   **Package 1A3**

   Summary:      (U//FOUO) Email Correspondence between BHATIA and ROSADO
   Acquired By:  Robin T. Bairstow

   Acquired On:  09/15/2016
   Receipt Given: No

   Attachments:  **UNCLASSIFIED//FOUO**
                 (U//FOUO) Email Correspondence
                 (U//FOUO) Email 2016 09 15 15 22 32 514.pdf (140 kB)
                 Digital (Physical Copy Retained)

Show Attachment Preview

**Package 1A4**

Summary:   (U//FOUO) ROSADO identification provided for the lease of the mailbox, include fraudulent International Driver's License and Rosado's US Passport

Acquired By:   Robin T. Bairstow

Acquired On:   09/15/2016
Receipt Given:   No

Attachments:   **UNCLASSIFIED//FOUO**
(U//FOUO) ID provided to UPS Store
(U//FOUO) ID Rosado 2016 09 15 15 22 55 039.pdf  (159 kB)
Digital (Physical Copy Retained)
Show Attachment Preview

**Package 1A5**

Summary:   (U//FOUO) Lease Agreement / Contract for mailbox
Acquired By:   Robin T. Bairstow

Acquired On:   09/15/2016
Receipt Given:   No

Attachments:   **UNCLASSIFIED//FOUO**
(U//FOUO) Contract
(U//FOUO) UPS Mailbox Contract 2016 09 15 15 20 55 755.pdf  (264 kB)
Digital (Physical Copy Retained)
Show Attachment Preview

**Package 1A6**

Summary:   (U//FOUO) PS Form 1583
Acquired By:   Robin T. Bairstow

Acquired On:   09/15/2016
Receipt Given:   No

Attachments:   **UNCLASSIFIED//FOUO**
(U//FOUO) Postal Form 1583
(U//FOUO) PS Form 1583 2016 09 15 15 21 57 912.pdf  (117 kB)
Digital (Physical Copy Retained)
Show Attachment Preview

Indexing

| Display Name | Enterprise Role | Entity Role | Entity Type | US Person |
|---|---|---|---|---|

No Entities to display

3240

| | | Page | | of 1 | | ⟳ | No data to display |
|---|---|---|---|---|---|---|---|

**Accomplishments**

| | |
|---|---|
| **Accomplishment:** | **Grand Jury subpoenas (subscriber information)** |
| **Claimant:** | Robin T. Bairstow |
| **Date:** | 09/02/2016 |
| **Task Force:** | None |

| | |
|---|---|
| **Accomplishment:** | **Grand Jury subpoenas (subscriber information)** |
| **Claimant:** | Shay C. Mattera |
| **Date:** | 09/02/2016 |
| **Task Force:** | None |

**Routing**

**Drafted by:** Robin T. Bairstow ⬚

**Approved by:** SSA MAY JENNIFER L ⬚

Exhibit G

AO 93 (Rev 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>POSTAL PACKAGES FROM<br>UPS STORE #625 MAIL BOX 190-324 | )<br>)<br>)<br>)<br>)<br>) | Case: 1:17-mj-00049<br>Assigned To : Magistrate Judge G. Michael Harvey<br>Assign. Date : 02/01/2017<br>Description: Search & Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia *(identify the person or describe the property to be searched and give its location)*:

> See Attachment A incorporated herein and included as part of the Affidavit in Support of this Application for a Search Warrant

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

> See Attachment B incorporated herein and included as part of the Affidavit in Support of this Application for a Search Warrant

**YOU ARE COMMANDED** to execute this warrant on or before *February 15, 2017* *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     **U.S. Magistrate Judge G. Michael Harvey**     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued:     **FEB 01 2017**
4:00pm .

City and state:     Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

3219

DVD 2-00000023

AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>**POSTAL PACKAGES FROM<br>UPS STORE #625 MAIL BOX 190-324** | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:17-mj-00049
Assigned To : Magistrate Judge G. Michael Harvey
Assign. Date : 02/01/2017
Description: Search & Seizure Warrant

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A incorporated herein and included as part of the Affidavit in Support of this Application for a Search Warrant

located in the _____ District of _____ Columbia _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B incorporated herein and included as part of the Affidavit in Support of this Application for a Search Warrant

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Frauds and Swindles |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Shay C. Mattera, Detective, MPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___02/01/2017___

*Judge's signature*

City and state:  Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

    A.    Once search warrant is issued, seven (7) mail letters and packages from International Court of Commerce UPS mailbox 190-324 from UPS store #625, at 1300 Pennsylvania Avenue NW, Washington DC, that are currently secured at the Washington Field Office, will be opened and all documents within the seven (7) mail letters and packages will reviewed by law enforcement personnel. Of the (7) mail letters and packages, four (4) are certified letters that all were returned to sender. Each of these letters have the return address of International Court of Commerce, 1300 Pennsylvania Ave. NW, Suite 190-324, Washington DC 20004 listed on them.

    B.    These letters were sent to the following subjects prior to being returned to the International Court of Commerce, and can be identified by the subject's name and address listed on the front of the letter or package:

1- ANDREW YIN CHUNG LEE
44 N Kuakini Street
Honolulu, HI 96817-2494

2- BLUE H. KAANEHE
2726 Laniloa Road
Honolulu, HI 96813

3- JOHN G. ALDRIDGE JR.
951 W. Conway Dr NW
Atlanta, GA 30327

4- KARYN AKEMI DOI
43 Coelho Way
Honolulu, HI 96817-1434



Exhibit G

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* POSTAL PACKAGES FROM UPS STORE #625 MAIL BOX 190-324 | ) ) ) ) ) ) | Case: 1:17-mj-00049 Assigned To : Magistrate Judge G. Michael Harvey Assign. Date : 02/01/2017 Description: Search & Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia *(identify the person or describe the property to be searched and give its location):*

See Attachment A incorporated herein and included as part of the Affidavit in Support of this Application for a Search Warrant

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B incorporated herein and included as part of the Affidavit in Support of this Application for a Search Warrant

**YOU ARE COMMANDED** to execute this warrant on or before *February 15, 2017* (not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ U.S. Magistrate Judge G. Michael Harvey _____

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    **FEB 01 2017**
4:00 pm .

_____
*Judge's signature*

City and state:    Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

3219

DVD 2-00000023

AO 106 (Rev. 06/09)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

POSTAL PACKAGES FROM
UPS STORE #625 MAIL BOX 190-324

)
)
)
)
)
)

Case: 1:17-mj-00049
Assigned To : Magistrate Judge G. Michael Harvey
Assign. Date : 02/01/2017
Description: Search & Seizure Warrant

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A incorporated herein and included as part of the Affidavit in Support of this Application for a Search Warrant

located in the _____ District of _____ Columbia _____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B incorporated herein and included as part of the Affidavit in Support of this Application for a Search Warrant

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Frauds and Swindles |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Shay C. Mattera, Detective, MPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____02/01/2017_____

_____
*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

PROPERTY TO BE SEARCHED

A.    Once search warrant is issued, seven (7) mail letters and packages from International Court of Commerce UPS mailbox 190-324 from UPS store #625, at 1300 Pennsylvania Avenue NW, Washington DC, that are currently secured at the Washington Field Office, will be opened and all documents within the seven (7) mail letters and packages will reviewed by law enforcement personnel. Of the (7) mail letters and packages, four (4) are certified letters that all were returned to sender. Each of these letters have the return address of International Court of Commerce, 1300 Pennsylvania Ave. NW, Suite 190-324, Washington DC 20004 listed on them.

B.    These letters were sent to the following subjects prior to being returned to the International Court of Commerce, and can be identified by the subject's name and address listed on the front of the letter or package:

1- ANDREW YIN CHUNG LEE
44 N Kuakini Street
Honolulu, HI 96817-2494

2- BLUE H. KAANEHE
2726 Laniloa Road
Honolulu, HI 96813

3- JOHN G. ALDRIDGE JR.
951 W. Conway Dr NW
Atlanta, GA 30327

4- KARYN AKEMI DOI
43 Coelho Way
Honolulu, HI 96817-1434

Exhibit H

FD-302 (Rev. 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    08/28/2017

On August 25, 2017, SA Allison Lammers visited the business address for Virtualpostmail.com at 340 S Lemon Ave, Walnut, CA 91789.

Terry Chang, an employee of the business, accepted service of the subpoena. Chang asked that SA Lammers contact his manager, Alejandro Sanz, via telephone at 310-683-0699.

Sanz stated via telephone that Box 2050 was rented by Randal Rosado, who opened an account with Virtualpostmail.com on November 11, 2014. The account was closed in February 2017. Rosado used a credit card ending in -3802 to pay his rental fees. Sanz was unable to access any further information regarding the credit card.

Rosado provided four separate forwarding addresses, as follows:

1) Randal Rosado, 1732 First Ave, #23271, New York, NY 10128

2) Palm Beach Capital Trust, 129 W Main St, #1, Goshen, NY 10924

3) Heather Morehouse, 1621 Gilbert Rd, Toledo, OH 43614

4) Randal Rosado, 505 Beachland Blvd, #132, Vero Beach, FL 32963

Chang provided copies of the mailbox rental application and the list of Rosado's forwarding addresses. These documents are attached as 1A evidence. A copy of the subpoena return is also attached as 1A evidence.

Investigation on  08/25/2017  at  Walnut, California, United States (In Person)

File #  196D-TP-7310573                                Date drafted  08/28/2017

by  ALLISON NICOLE LAMMERS

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

003695

Exhibit I

FD-302 (Rev. 5-8-10)

- 1 of 1 -



UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    08/21/2017

RONALD GLENN SMITH (SMITH), date of birth (DOB) July 18th 1954, MICHIGAN driver's license number S530744282567, was served a subpoena from the state of FLORIDA and interviewed at the office of MAILBOX FORWARDING INC. at 2855 Sanford Avenue in Grandville, MICHIGAN 49418. SMITH was advised of the identity of the interviewing agents and the purpose of the interview, then provided the following information:

MAILBOX FORWARDING INC. is a business that receives and forwards mail for customers who travel around the country or are otherwise unable to receive their regular mail at a single location. SMITH explained that the business will scan physical mail and send electronic copies to customers who request this service. The business is owned by SMITH and employs four other people, and SMITH estimates that the business receives about 800 to 1600 pieces of mail per day. SMITH also stated that some customers will use MAILBOX FORWARDING INC. in order to receive items by mail that American companies will not ship overseas. SMITH explained that MAILBOX FORWARDING INC. will receive these items and forward them to customers overseas.

Concerning mailbox number 30964, which was the subject of the delivered subpoena, SMITH stated that the mailbox had been rented by a CHRISTIAN DOHERTY (DOHERTY), whom SMITH had not seen or heard from in about eight months. SMITH also stated that DOHERTY had not paid for his mailbox in the past eight months.

SMITH was provided a copy of the subpoena, and agreed to contact the investigator listed on the subpoena in order to arrange to provide the required information.

UNCLASSIFIED//FOUO

| | | | |
|---|---|---|---|
| Investigation on | 03/21/2016 | at | Grand Rapids, Michigan, United States (In Person) |

File #  196D-TP-7310573                                          Date drafted    08/21/2017

by  Robert B. Billington

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



8

1     investigation?

2          A.   He was assisting me.

3          Q.   Okay.  So you're basically the lead investigator

4     on all of these cases -- I'm sorry, on all these matters?

5          A.   I would say that, but when Foley came in, we

6     basically -- we came to a point where we were deciding

7     what is the best venue for this case to be prosecuted,

8     whether it would be here at the State or maybe a possible

9     federal case, so the FBI came in at that point and Foley

10    and I decided to work this jointly.  I was leading the

11    investigation to this point, but I don't want to overstep

12    my bounds.  We worked it jointly together as

13    coinvestigators.  Whatever he thought, I listened to;

14    whatever I thought, he listened to.  We kind of shared and

15    came up with a good game plan, and at some point we

16    figured that this was best and be prosecuted at the state

17    level and we worked it jointly together.

18         Q.   Now, did he mention that this could be a

19    possible federal crime?

20         A.   Sure.  We absolutely were looking at both

21    venues; and we decided since it started here, we were

22    going to keep it here.

23         Q.   Okay.  Because it is multi-jurisdictional,

24    correct?

25         A.   Sure.

1      Q.   It does -- my understanding, it does involve New

2      York, Washington, and I think two counties at the very

3      least.  I'm not saying this is all inclusive, but at least

4      two counties in the state of Florida, the main--

5           A.   I agree.

6           Q.   Okay.  But you guys decided to keep it at state,

7      correct?

8           A.   Yes.

9           Q.   Okay.  And, then, is there--  To the best of

10     your knowledge presently, is there any plans on moving

11     this to the federal level?

12          A.   No.

13          Q.   Okay.  All right.  So I'm gonna--  Actually,

14     before we begin, let me -- there's a set of questions that

15     Mr. Rosado wanted me to ask you before we begin.  Do you

16     know who Norma Smith is?

17          A.   No.

18          Q.   Were you aware that Randal Rosado was sending

19     email -- I'm sorry, were you aware that Randal Rosado's

20     email was set forward to Mr. Boracca (phonetic)?

21          A.   I don't know what you're talking about.

22          Q.   Okay.  You were not aware that--

23          A.   Boracca?  Wait is that the FBI agent in--

24          Q.   Norman Smith Becerra, B-E-C-E-R-R-A?

25          A.   I don't know who that is.